**Roger Dale TERRY, Jr.,
Plaintiff–Appellant,**

v.

**M. MIDDLETON, Ofc, Cos; Bobby Shearin, Warden; Slate State, Sgt, Rep; P. Shields, D.O.C., Co2; Fred Nastri, H.O., Defendants–Appellees,**

and

**Department of Public Safety & Correctional Services; Scott Oakley, Executive Director of the IGO; J.L. True, Captain; Lenora C. Adegbeson, Defendants.**

No. 12–7329.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 29, 2012.

Decided: Dec. 13, 2012.

Roger Dale Terry, Jr., Appellant Pro Se. Nancy P. Tennis, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Dale Terry, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Terry v. Middleton,* No. 1:11–cv–01686–ELH, 2012 WL 2564779 (D.Md. June 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*